## JACKSON *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 33, September Term, 1961.]

*Decided November 17, 1961.*

Before Brune, C. J., and Henderson, Hammond, Prescott, Horney and Marbury, JJ.

638

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reason set forth in the opinion of the court below.